

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-26-00125-CV

_____

JOSEPH MICHAEL PELAYO, Appellant

V.

KINGS RIDGE HOMEOWNERS ASSOCIATION, INC., Appellee

On Appeal from the 431st District Court
Denton County, Texas
Trial Court No. 25-4639-431

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On May 4, 2026, and June 2, 2026, we notified Appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless Appellant paid the $205 filing fee.[1]  *See* Tex. R. App. P. 42.3(c), 44.3.  Appellant has not done so.[2]  *See* Tex. R. App. P. 5, 12.1(b).

Because Appellant has not complied with a procedural requirement and the Texas Supreme Court's order of August 28, 2015,[3] we dismiss the appeal.[4]  *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant must pay all costs of this appeal.  *See* Tex. R. App. P. 43.4.

---

[1]In our May 4, 2026 letter, we stated that the fee was to be paid by May 11, 2026.  In our June 2, 2026 letter, we stated that the fee was to be paid by June 12, 2026.

[2]We also directed Appellant to file a docketing statement.  *See* Tex. R. App. P. 32.1.  In our May 4, 2026 letter, we stated that the docketing statement was to be filed by May 14, 2026.  In our June 2, 2026 letter, we stated that the docketing statement was to be filed by June 12, 2026.  Appellant has not filed a docketing statement.

[3]*See* Supreme Court of Tex., Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).

[4]On May 15, 2026, we notified Appellant that the trial court clerk responsible for preparing the record in this appeal had informed us that Appellant had not arranged to pay for the clerk's record as the appellate rules require.  *See* Tex. R. App. P. 35.3(a)(2).  In our notice, we warned that we would dismiss the appeal for want of prosecution unless, by May 26, 2026, Appellant arranged to pay for the clerk's record and provided us with proof of payment.  *See* Tex. R. App. P. 35.3(c), 37.3(b), 44.3.  Appellant has not done so.  Because Appellant has not made payment arrangements for the clerk's record, dismissal of this appeal is also warranted due to want of prosecution.  *See* Tex. R. App. P. 37.3(b), 42.3(b), 43.2(f).

Per Curiam

Delivered:  July 2, 2026